NUMBER
13-02-141-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

HISPANIC BROADCASTING CORPORATION

AND JOE MORALES,                                                           Appellants,

 

                                                   v.

 

HONOFRE RODRIGUEZ, JR.,                                                   Appellee.

____________________________________________________________________

 

                         On
appeal from the 93rd District Court

                                  of Hidalgo County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                    Before
Justices Yanez, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellants, HISPANIC BROADCASTING CORPORATION AND JOE
MORALES, attempted to perfect an appeal from a ruling made by the 93rd District Court of Hidalgo County, Texas, in cause
no. C-1990-01-B.  The clerk’s record was received on March 18, 2002, and a supplemental clerk’s record was received on
April 19, 2002.  

Upon review of the clerk’s record, it appeared that no appealable order had been entered in this cause.  Pursuant to Tex. R. App. P. 42.3, notice of this defect was given so that
steps could be taken to correct the defect, if it could be done.  Appellants were advised that, if the defect
was not corrected within ten days from the date of receipt of this notice, the
appeal would be dismissed for want of jurisdiction.  Appellants have failed to respond to this
Court’s notice. 

The Court, having considered the documents on file and appellants’
failure to respond to this Court’s notice, is of the opinion that the appeal
should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED
FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 16th
day of May, 2002.